USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/13/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
DAMIAN DALLA-LONGA,

                              Petitioner,

          -against-

MAGNETAR CAPITAL LLC,

                              Respondent.
------------------------------------------------------------- X

19 Civ. 11246 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 11, 2019, Petitioner requested an extension to December 27, 2019 to file his memorandum of law and any supporting affidavits in support of his petition to vacate arbitration;

WHEREAS, by letter to the Chambers inbox dated December 12, 2019, Respondent opposed Petitioner's request;

WHEREAS, there is a strong "preference for resolving disputes on the merits." *New York v. Green*, 420 F.3d 99, 104 (2d Cir. 2005); *accord Loreley Fin. (Jersey) No. 3 Ltd. v. Wells Fargo Sec., LLC*, 797 F.3d 160, 190 (2d Cir. 2015). It is hereby

ORDERED that Petitioner's letter motion for extension of time to file his supporting documents, Dkt. No. 5, is GRANTED. Petitioner shall file his memorandum of law and any supporting exhibits or affidavits by December 27, 2019. No further extensions will be granted. It is further

ORDERED that Petitioner will confer with Respondent to permit Respondent the

opportunity to request any appropriate redactions, pursuant to this Court's Individual Rules, prior to the public filing.

Dated: December 13, 2019
      New York, New York

                                                      LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE