USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/18/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X

DAMIAN DALLA-LONGA,

    *Petitioner,*

v.

MAGNETAR CAPITAL LLC,

    *Respondent.*

------------------------------------- X

Case No. 19-CV-11246 (LGS)

ECF Case

**NOTICE OF MOTION TO DISMISS PETITIONER'S MOTION TO VACATE ARBITRATION AWARD**

**PLEASE TAKE NOTICE** that, upon (i) the accompanying Memorandum of Law in Support of Respondent's Motion to Dismiss Petitioner's Motion to Vacate Arbitration Award; (ii) the accompanying Declarations of Bettina B. Plevan, and Karl Wachter dated December 17, 2019 and all exhibits attached thereto; (iii) such further reply memoranda as shall be filed in this action; and (iv) all prior pleadings and proceedings herein, Respondent Magnetar Capital LLC, through its undersigned counsel will move this Court before the Honorable Lorna G. Schofield at a date and time to be determined by the Court, for an order dismissing the Petition to Vacate Arbitration Award (Dkt. No. 3), on the grounds that it has not been properly served and is untimely, and granting such other and further relief as the Court deems just and proper.

Motion DENIED without prejudice to renew following compliance with this Court's Individual Rule III.C.2.

The Clerk of Court is respectfully requested to close the motions at Dkt. Nos. 8 and 9.

Dated: December 18, 2019
      New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**