USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/31/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAMIAN DALLA-LONGA,

                                Petitioner,

               -against-

MAGNETAR CAPITAL LLC,

                               Respondent.
-------------------------------------------------------------- X

19 Civ. 11246 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by letter to the Chambers inbox dated December 30, 2019, Petitioner made various requests regarding the filing of his memorandum of law in support of his petition to vacate the arbitration award. It is hereby

**ORDERED** that Petitioner shall file the letter emailed to Chambers on ECF by January 3, 2019, without the attachments. The parties are reminded that this Court's Individual Rule I.B.1 requires that all communications with Chambers shall be by letter filed via ECF except letters including confidential information.

Dated: December 31, 2019
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE