USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/24/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMIAN DALLA-LONGA,

                          Petitioner,

          -against-

MAGNETAR CAPITAL LLC,

                          Respondent.
------------------------------------------------------------X

19 Civ. 11246 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Petitioner was ordered to file an amended letter response to Respondent's letter proposing a motion to dismiss, by January 22, 2020 (Dkt. No. 33);

WHEREAS, no such amended response letter was filed;

WHEREAS, Petitioner was also granted leave to email the Court an amended/corrected memorandum of law in support of his petition to vacate the arbitration award, with supporting materials, by January 23, 2020.  Petitioner was ordered to ensure that these materials complied with this Court's Individual Rules (Dkt. No. 33);

WHEREAS, on January 23, 2020, Petitioner emailed the Court an amended/corrected memorandum of law that did not comply with this Court's Individual Rules, and simultaneously requested that the Court accept the pages of his memorandum of law in excess of what the Court's Individual Rules allow.  It is hereby

**ORDERED** that, **by January 27, 2020, at noon**, Petitioner shall file an amended response letter to Respondent's letter proposing a motion to dismiss (Dkt. No. 16).  The letter shall explain the legal or other grounds for Petitioner's anticipated opposition to Respondent's motion, pursuant to the requirements of this Court's Individual Rules.  It is further

**ORDERED** that, by **January 28, 2020**, Petitioner shall email the Court an

amended/corrected memorandum of law in support of his petition to vacate the arbitration award, with supporting documentation. The memorandum of law and supporting documentation shall be compliant with this Court's Individual Rules. Petitioner's request for additional pages is untimely and is **DENIED**. Any pages in excess of the page limits set in this Court's Individual Rules will not be considered by this Court. It is further

**ORDERED** that the parties' deadline to jointly propose redactions to the memorandum of law and supporting documents, pursuant to this Court's Order at Dkt. No. 25, is extended to **February 4, 2020**.

Petitioner's counsel is reminded that continuing failure to comply with Court Orders and the Individual Rules will result in sanctions.

Dated: January 24, 2020
      New York, New York

                                                     **LORNA G. SCHOFIELD**
                                                  **UNITED STATES DISTRICT JUDGE**