USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/29/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DAMIAN DALLA-LONGA,

                        Petitioner,

            -against-

MAGNETAR CAPITAL LLC,

                        Respondent.
------------------------------------------------------------X

19 Civ. 11246 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 19, 2019, Defendant filed a letter motion seeking to file a motion to dismiss Petitioner's Petition to Vacate Arbitration (the "Petition") (Dkt. No. 16);

WHEREAS, on January 27, 2020, Petitioner filed a letter response, pursuant to this Court's Order (Dkt. No. 35). It is hereby

**ORDERED** that Defendant shall file a motion to dismiss the Petition, which shall be subject to the following schedule: (1) Defendant shall file the motion to dismiss, with supporting memorandum of law not to exceed ten pages, by **February 19, 2020**; (2) Petitioner shall file his memorandum of law in opposition to Defendant's motion, not to exceed ten pages, by **March 11, 2020**; and (3) Defendant shall file its reply in support of the motion, not to exceed five pages, by **March 18, 2020**. The parties shall otherwise comply with the Court's Individual Rules in filing their motions and supporting papers.

Dated: January 29, 2020
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**