USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
DAMIAN DALLA-LONGA, :
:
                      Petitioner, : 19 Civ. 11246 (LGS)
:
        -against- : ORDER
:
MAGNETAR CAPITAL LLC, :
:
                   Respondent. :
-------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, by letter to Chambers on February 14, 2020, the parties jointly proposed redactions to Petitioner's memorandum of law and supporting documents in support of his Petition to Vacate the Arbitration Award. It is hereby

    **ORDERED** that the parties shall email the Court a letter by February 21, 2020, explaining the particular reasons for seeking to file the following pages of the Index and Exhibits document fully under seal: 62-76, 86-87, 98-99, 104-107, 109-110, 123-127, 141, 183-84, 197-98, 202-213.

    For all future sealing requests, the parties are reminded to file the motions on ECF pursuant to this Court's revised Individual Rule I.D.3.

Dated: February 18, 2020
       New York, New York

                                                LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE