UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
DAMIAN DALLA-LONGA,

        Petitioner, : 19 Civ. 11246 (LGS)

   -against-    : ORDER

MAGNETAR CAPITAL LLC,

        Respondent.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/03/2020

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, on February 24, 2020, Petitioner was ordered to file the memorandum of law and supporting documents in support of his Petition to Vacate the Arbitration Award, with redactions consistent with those proposed by Respondents, by February 28, 2020;

  WHEREAS, no such filing has occurred. It is hereby

  ORDERED that Petitioner shall file the above-mentioned documents on ECF by **March 5, 2020**. Petitioner's counsel is reminded that continuing failure to comply with Court Orders and the Individual Rules will result in sanctions, likely in the form of a daily fine.

Dated: March 3, 2020
   New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**